UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BICEK, individually and on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC., a Vermont corporation; et al.,<br><br>Defendants. | No. 2:13-cv-00411-MCE-KJN<br><br><br><br>**NOTICE OF RELATED CASE ORDER** |
| JESUS ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC., a Vermont corporation; et al.,<br><br>Defendants. | No. 2:13-cv-01798-KJM-DAD |
| CASEY CAGLE,<br><br>Plaintiff,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC., a Vermont corporation; et al.,<br><br>Defendants. | No. 2:13-cv-02134-GEB-EFB |

1

| | |
|---|---|
| JOSE CHAN,<br><br>        Plaintiff,<br><br>   v.<br><br>C&S WHOLESALE GROCERS, INC.,<br>a Vermont corporation; et al.,<br><br>        Defendants. | No.  2:13-cv-02140-TLN-KJN |
| DANNY PAYNE,<br><br>        Plaintiff,<br><br>   v.<br><br>C&S WHOLESALE GROCERS, INC.,<br>a Vermont corporation; et al.,<br><br>        Defendants. | No.  2:13-cv-02153-MCE-CKD |
| EUGENE GEERLOF, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>C&S WHOLESALE GROCERS, INC.,<br>a Vermont corporation; et al.,<br><br>        Defendants. | No.  2:13-cv-02175-KJM-AC |

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is affected.

1  Under the regular practice of this court, related cases are generally assigned to the
2  district judge and magistrate judge to whom the first filed action was assigned.
3       IT IS THEREFORE ORDERED that the actions denominated as 2:13-cv-01798-
4  KJM-DAD, 2:13-cv-02134-GEB-EFB, 2:13-cv-02140-TLN-KJN, and 2:13-cv-02175-KJM-
5  AC are reassigned to Chief Judge Morrison C. England, Jr. and Magistrate Judge
6  Kendall J. Newman for all further proceedings, and any dates currently set in these
7  reassigned cases <u>only</u> are hereby VACATED.  The Clerk of the Court is to issue an
8  Order Requiring Joint Status Report.
9       IT IS FURTHER ORDERED that the action denominated as 2:13-cv-02153-MCE-
10 CKD is reassigned from Magistrate Judge Carolyn K. Delaney to Magistrate Judge
11 Kendall J. Newman for all further proceedings.
12      The caption on documents filed in the reassigned cases shall be shown as:
13      1.    2:13-cv-01798-MCE-KJN
14      2.    2:13-cv-02134-MCE-KJN
15      3.    2:13-cv-02140-MCE-KJN
16      4.    2:13-cv-02153-MCE-KJN
17      5.    2:13-cv-02175-MCE-KJN
18      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
19 adjustment in the assignment of civil cases to compensate for this reassignment.
20      IT IS SO ORDERED.
21 Dated:  October 23, 2013

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT